# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES E. ROSS,

    Plaintiff,

vs.

LANE COMMUNITY COLLEGE,

    Defendant.

Case No. 2:14-cv-00113-JAD-CWH

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Strike (#11), filed February 12, 2014. Plaintiff requests that the Court strike his first amended complaint. Because the amended complaint has already been denied without prejudice, this request is moot. Plaintiff's amended complaint (#10) has been received and will be screened by the Court pursuant to 28 U.S.C. 1915(e). Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (#11) is **denied as moot**.

    DATED: February 13, 2014.

                                                   _____
                                                 C.W. Hoffman, Jr.
                                                 United States Magistrate Judge