# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. ROSS, | |
|     Plaintiff, | Case No. 2:14-cv-00113-JAD-CWH |
| vs. | **ORDER** |
| LANE COMMUNITY COLLEGE, | |
|     Defendant. | |

This matter is before the Court on Plaintiff's renewed Motion for Service (#14), filed February 20, 2014. Plaintiff has also filed what is styled as a "creative writing sample" on the docket.

On January 28, 2014, Plaintiff was approved to proceed *in forma pauperis*, but his complaint was dismissed without prejudice for failure to state a claim upon which relief could be granted. (#2). He was instructed to file an amended complaint to address the deficiencies, which he did on January 30, 2014. (#4). Like the original complaint, Plaintiff's amended complaint did not state any claims for relief because Plaintiff failed to set forth specific facts or allegations to support jurisdiction under either 28 U.S.C. § 1331 or 28 U.S.C. § 1332. Plaintiff also failed to assert sufficient facts to support his conclusory allegation that he was "a victim of harassment." Plaintiff was, again, invited to file an amended complaint to address the identified deficiencies. He did so on February 14, 2014. In addition to filing his second amended complaint, he also filed a motion for service and what has been designated a "creative writing sample."

The Court will strike Plaintiff's designated "creative writing sample." It is not styled as a

motion, does not identify any relief sought, and does not state any grounds for any relief. *See* Fed. R. Civ. P. 7(b). The Court will deny Plaintiff's motion for service without prejudice. After screening Plaintiff's second amended complaint, and assuming Plaintiff has set forth a plausible cause of action, the Court will address service. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's Creative Writing Sample (#15).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Service of Summons (#14) is **denied without prejudice**.

DATED: February 25, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge