# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES E. ROSS,

    Plaintiff,

vs.

LANE COMMUNITY COLLEGE,

    Defendant.

Case No. 2:14-cv-00113-JAD-CWH

**ORDER**

This matter is before the Court on Plaintiff's Motion for Service of Summons (#17), filed February 25, 2014. This is Plaintiff's third independent request for service of the summons and complaint in this matter. Each prior request has been denied without prejudice pending the filing **and screening** of a sufficient complaint. *See* Order (#9) and (#14). As noted before, Plaintiff's request is premature until such time as the Court screens the second amended complaint and determines Plaintiff has sufficiently pled a plausible cause of action. Upon screening, and assuming Plaintiff has set forth a plausible cause of action, the Court will address service. Until such time as the complaint is screened pursuant to 28 U.S.C. § 1915(e), the Court will not order service. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Service of Summons (#17) is **denied without prejudice**.

    DATED: February 28, 2014.

                                                      _____
                                                      C.W. Hoffman, Jr.
                                                      United States Magistrate Judge