# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. ROSS, | |
| Plaintiff, | Case No. 2:14-cv-00113-JAD-CWH |
| vs. | **ORDER** |
| LANE COMMUNITY COLLEGE, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Service of Summons (#21), filed February 9, 2014. This is Plaintiff's fourth independent request for service of the summons and complaint in this matter. Each prior request has been denied without prejudice pending the filing **and screening** of a sufficient complaint. *See* Orders (#9), (#14), and (#17). As has been previously noted, Plaintiff's request is premature until such time as the Court screens the second amended complaint and determines Plaintiff has sufficiently pled a plausible cause of action. Upon screening, and assuming Plaintiff has set forth a plausible cause of action, the Court will address service. Service is not appropriate until such time as the complaint is screened pursuant to 28 U.S.C. § 1915(e) and service ordered. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Service of Summons (#21) is **denied**.

DATED: May 12, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge