# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| JAMES E. ROSS, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-00113-JAD-CWH |
| vs. | ) | **ORDER** |
| LANE COMMUNITY COLLEGE, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for E-Mail Documents (#26), filed May 30, 3014. Claiming that his mail is being stolen, Plaintiff appears to request that he be given access to Court's electronic filing system.

Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiff requests that the court allow him to use the Court's CM/ECF system in order to file, access, and electronically serve and be served documents in this case. Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for E-Mail Documents (#26) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before **Friday, June 20, 2014**, Plaintiff shall provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with

1         the Court within the time frame specified.

2    c.    Upon timely filing of the certification, Plaintiff/Defendant shall contact Robert

3         Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

4    DATED: June 2, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**